NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No.  08-4114

ROBERTO MUNEZ-MORALES,

Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

On Petition for Review of an Order of
the Board of Immigration Appeals
(Agency No. A045-553-116)

ORDER AMENDING OPINION

On May 11, 2010, this Court filed a not precedential opinion in the above entitiled petition for review.  Pursuant to 3rd Cir. I.O.P.  5.4, counsel are to be listed on not precedential opinions which were argued before the court.

The opinion which was filed on May 11, 2010 omitted the names of counsel.  At the direction of the Court, an amended opinion will be issued which conforms with 3rd Cir. I.O.P. 5.4.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: May 17, 2010
CRG/cc: Steven A. Morley, Esq.
　　　　Paul F. Stone, Esq.
　　　　Lyle D. Jentzer, Esq.